UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                             :          NOTICE OF INTENT TO
                                                                      FILE AN INFORMATION
TOYOTA MOTOR CORPORATION,          :

          Defendant.          :

- - - - - - - - - - - - - - - x

**Judge Pauley**

       Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal

Procedure.

Dated:    New York, New York
          March 19, 2014

                   PREET BHARARA
                   United States Attorney

             By: *Bonnie Jonas*
                   Bonnie Jonas
                   Sarah E. McCallum
                   Assistant United States Attorneys

                   AGREED AND CONSENTED TO:

             By: *James E. Johnson*
                   James E. Johnson
                   Attorney for Toyota Motor Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/14